# Exhibit 2

| US9835709 | Robustel R52020 (“The accused system”) |
|---|---|
| 1. A system, comprising: a radio circuit configured to send a privacy indication in a beacon frame transmitted in a periodic broadcast from a facility desiring privacy; and | The accused system discloses a system that comprises a radio circuit (e.g., a radio circuit of Area Airspace Manager (AAM), etc.) configured to send a privacy indication (e.g., a no-fly-zone, flight-restriction, etc.) in a beacon frame (e.g., a wireless broadcast frame containing the flight-restriction indication) transmitted in a periodic broadcast (e.g., broadcast transmissions) from a facility (e.g., a stadium, an arena, etc.) desiring privacy.<br><br>As shown below, the accused system is a router installed within the drone and equipped with wireless communication capabilities, including 5G radios to communicate with external network infrastructure. An Area Airspace Manager (AAM) manages drone operations and airspace restrictions within a designated area, such as a stadium or arena (e.g., a facility). The AAM communicates with the 5G-enabled router within the drone, through wireless network infrastructure to provide information relating to flight restrictions. Further, a radio circuit associated with the AAM or facility periodically broadcasts a privacy indication, such as a no-fly or flight-restriction indication, in a beacon frame. The accused system receives the beacon frame through its 5G radio. It uses the received information to identify the restricted area and control or modify its flight accordingly. |




https://robustel.com/product/r5020/




https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/

Vehicle deployments are supported with E-mark certification, GNSS positioning, and an ignition-sense option to protect batteries when engines are off.

https://robustel.com/product/r5020/

The result is reliable, scalable 5G connectivity with straightforward, centralized management, the R5020 delivers high-throughput 5G with centralized fleet management to reduce rollout time and downtime across vehicles and branches.

R5020 Datasheet | Product Inquiry

**DUAL-SIM CELLULAR**

5G, 4G/LTE, 3G & 2G with Dual-SIM Card support for failover

**VEHICLE OPTIMISED**

With E-Mark, GNSS and Ignition Detection Options

**INTERFACES**

1x WAN + 3x LAN or 4x LAN, 1x RS-232, 1x RS485, 1x DI/DO

**OPERATING SYSTEM**

RobustOS – Lightweight Linux kernel with full SDK

**RCMS ON-BOARD**

RCMS Cloud device management enabled

https://robustel.com/product/r5020/

SPECIFICATIONS | ORDERING INFORMATION | DOWNLOADS

## System Architecture

| | |
|---|---|
| **Operating System** | RobustOS |
| **CPU** | Dual-core MIPS, 880 MHz |
| **RAM** | 512MB |
| **Flash** | 32MB |

| | |
|---|---|
| | https://robustel.com/product/r5020/<br><br>**Cellular**<br><br>**Supported Technologies** — 5G, 4G/LTE, 3G, 2G<br>**Antennas** — 4 (ANT0 + ANT1 + ANT2 + ANT3)<br>**Connector** — SMA-K<br>**SIM** — 2 x Mini SIM (2FF)<br><br>https://robustel.com/product/r5020/<br><br>ORDERING INFORMATION<br><br>Model / ACC / POE-PD / Frequency Bands* (5G / 4G)<br>R5020-5G-A09GL-A / Yes / NO<br>R5020-5G-A09GL-B / NO / Yes<br>5G: 5G NR NSA: n38/n41/n77/n78/n79 5G NR SA: n1/n2/n3/n5/n7/n8/n12/n20/n25/n28/n38 /n40/n41/ n66/n71/n77/n78/n79<br>4G: LTE FDD: B1/B2/B3/B4/B5/B7/B8/B12/B13/B14 /B17/B18/B19/B20/B25/B26/B28/B29 /B30/B32/B66/B71 LTE TDD: B34/B38/B39/B40/B41/B42/B43/B48<br><br>https://www.bz-com.com/wp-content/uploads/2021/01/RT064DS_R5020_v.1.0.2.pdf |

**Cellular**

| Supported Technologies | 5G, 4G/LTE, 3G, 2G |
|---|---|
| Antennas | 4 (ANT0 + ANT1 + ANT2 + ANT3) |
| Connector | SMA-K |
| SIM | 2 x Mini SIM (2FF) |

**ORDERING INFORMATION**

| Model | ACC | POE-PD | Frequency Bands* 5G | Frequency Bands* 4G |
|---|---|---|---|---|
| R5020-5G-A09GL-A | Yes | NO | 5G NR NSA: n38/n41/n77/n78/n79 5G NR SA: n1/n2/n3/n5/n7/n8/n12/n20/n25/n28/n38 /n40/n41/ n66/n71/n77/n78/n79 | LTE FDD: B1/B2/B3/B4/B5/B7/B8/B12/B13/B14 /B17/B18/B19/B20/B25/B26/B28/B29 /B30/B32/B66/B71 LTE TDD: B34/B38/B39/B40/B41/B42/B43/B48 |
| R5020-5G-A09GL-B | NO | Yes | | |

| | |
|---|---|
| | **Application Example – Fast Facts**<br><br>**Industry**<br>Smart Cities, Smart Buildings, Logistics, Autonomous Systems<br><br>**Product(s)**<br>Robustel R5020 5G Router; RCMS (RobustLink, RobustVPN)<br><br>**Challenges**<br>Autonomous delivery robots and inspection drones need a stable, low-latency network path for supervision, telemetry, and safety handover in public or semi-public environments where WiFi is unreliable and local IT networks are off-limits.<br><br>**Expected Outcomes**<br>Each robot or drone carries its own 5G/LTE uplink, can be reached for diagnostics and control from anywhere, and can be monitored as part of a fleet — without chasing devices in the field or depending on patchy site Wi-Fi.<br><br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/ |

The result is reliable, scalable 5G connectivity with straightforward, centralized management, the R5020 delivers high-throughput 5G with centralized fleet management to reduce rollout time and downtime across vehicles and branches.

R5020 Datasheet | Product Inquiry

**DUAL-SIM CELLULAR**

5G, 4G/LTE, 3G & 2G with Dual-SIM Card support for failover

**VEHICLE OPTIMISED**

With E-Mark, GNSS and Ignition Detection Options

**INTERFACES**

1x WAN + 3x LAN or 4x LAN, 1x RS-232, 1x RS485, 1x DI/DO

**OPERATING SYSTEM**

RobustOS – Lightweight Linux kernel with full SDK

**RCMS ON-BOARD**

RCMS Cloud device management enabled

https://robustel.com/product/r5020/

The R5020 5G industrial router sits on the platform itself. It gives each robot or drone its own high-speed cellular uplink for telemetry, command traffic, and (where required) video or still image bursts. It also gives authorised staff a controlled way to connect to the unit remotely for troubleshooting, updates, or intervention. The goal is simple: keep operational control without physically standing next to the asset.

https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/

| | |
|---|---|
| | The R5020 is used as an on-board 5G/LTE router, so the connectivity and remote access story is built into the robot or drone from the start. That gives you a predictable way to supervise, update, and prove control of each asset — without relying on someone being physically on-site with it. Here's how that works in practice:<br><br>• **Dedicated 5G/LTE uplink on the platform:** The R5020 sits inside the robot or drone enclosure and provides a high-throughput cellular path for telemetry, command/control data, and optional video or still images. This lets operations see the asset's status and location live, even when it's moving through areas with no usable Wi-Fi.<br><br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/<br><br>**March 18, 2021** – Quectel's 5G New Radio (NR) sub-6GHz module the RM500Q-AE has been selected by Robustel, a global provider of industrial IoT routers and gateways, to support its first 5G industrial router – the R5020. The R5020 has been designed to deliver high bandwidth, low latency and high reliability connectivity for in-vehicle, branch office and industrial IoT applications.<br><br>https://www.quectel.com/news-and-pr/quectel-empowers-robustels-5g-industrial-router-with-next-generation-cellular-connectivity-for-the-iiot/ |

| | |
|---|---|
| | <br><br>With Quectel's 5G module inside, the R5020 industrial router is able to work on 5G NR Sub-6GHz bands in both standalone (SA) and non-standalone (NSA) modes as well as on global 4G/LTE and 3G networks. With the support of 2 x 2 MIMO uplink technology in SA mode, the router can provide more real-time, bandwidth sensitive, low-latency data transmission for applications such as industrial controls, smart offices, logistics, smart cities, ports and many others.<br>https://www.quectel.com/news-and-pr/quectel-empowers-robustels-5g-industrial-router-with-next-generation-cellular-connectivity-for-the-iiot/ |

| | |
|---|---|
| | ## 5.7 Ground-based DAA for an Area<br><br>### 5.7.1 Functional Description<br><br>a facility<br><br>a privacy indication<br><br>This clause provides a network-assisted (ground based) DAA mechanism. It is applicable for a specific area, such as a stadium or arena where UAVs are used e.g. for filming an event. It is based on a ground-based entity, Area Airspace Manager (AAM), that is able to detect UAVs in the specific area and provide local steering policies to the individual UASs in order to avoid the UAVs crashing into each other or different structures etc. The policy may e.g. include allowed flying zones and positions allowed for the specific UAV. The policy may also apply to a specific outdoor area, e.g. an event, where specific measures to avoid collision between drones are established locally.<br><br>NOTE 1: The policies provided by the AAM is application specific steering/DAA policies that are out of scope of 3GPP. The same or different local policies can be provided to the UAVs in the arena. UAVs can, for example, be given different fly zones in the arena just like people have different seating in an arena.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>The high-level principles of the network-assisted (ground based) DAA are:<br><br>- The arena/area has a ground-based entity Area Airspace Manager (AAM). The AAM includes one or more UEs enabled for use of PC5. The AAM may also have a direct connection to the Data Network.<br>- For the applicable airspace of the area/arena the AAM defines individually adapted local collision avoidance rules for correspondingly located UAVs.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | NOTE 2: How the AAM can determine the local steering policy for collision avoidance is out of scope of 3GPP. It can e.g. be based on maps of the area/arena and detailed information about the facilities together with an awareness of the current usage need for the airspace.<br><br>- Provisioning of AAM local collision avoidance rules to a UAV/UE must comply with the policies for PC5 operations received from the 5GC or being preconfigured in the UE.<br><br>- Detected UAVs are identified by their coordinates and by the Remote ID as retrieved by Broadcast Remote ID (BRID) or Network Remote ID (NRID) mechanisms dependent on the method used by the UAV.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |




*Source: 3GPP TS 23.256 version 18.3.0 Release 18*

| | |
|---|---|
| | Ground-based DAA for an area leverages the procedures and mechanisms defined for A2X. Any references to TS 23.287 [11] made in this clause shall be interpreted in accordance with corresponding definitions and descriptions for A2X in clause 6.<br><br>Prerequisites: The AAM/UE and the UAVs/UEs are configured to use an A2X service for Ground-based DAA for an area.<br><br>1. The UAVs/UEs listens for signals on the correspondingly destination Layer-2 ID configured for the used service type in accordance with clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 1).<br><br>2. The AAM can scan the airspace over the area/arena for UAVs, e.g. by making use of upward pointing radars and cameras etc. For each detected UAV it determines the coordinates.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>3. The AAM retrieves for each detected UAV the corresponding Remote-ID using the method applicable for the specific UAV. Methods which may be used includes broadcast of Remote-ID via PC5, WiFi and Bluetooth and also Network Remote ID.<br><br>How this is done is out of the 3GPP scope.<br><br>4. For each detected UAV/UE the AAM establishes a PC5 direct communication link with the discovered UAV for AAM to UAS interaction by performing the Layer-2 link establishment procedure as described when Target User Info is included in clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 2, 3 4a, 5a and 6). The AAM application layer provides a service type indicating the A2X service "Ground-based DAA for an area" and the retrieved Remote-ID as target UE's Application Layer ID. As a result of this procedure a PC5 unicast direct communication link enabling bidirectional data exchange is set up between the application layer in the AAM and the UAV application layer of the UAV/UE having the specified Remote-ID.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | 5. Optionally the UAV/UE may, when the PC5 unicast direct communication link between the AAM and the UAV/UE has been set up for NR, activate a corresponding bidirectional communication connection extending the link from the UAV to the UAV-C using the specific communication technology used for C2 communication (may e.g. be LR Wi-Fi or PC5). This enables packets received on the link (i.e. from the AAM) to be forwarded to the UAV-C and packets received from the UAV-C to be forwarded on the link (i.e. towards the AAM). Implementation aspects for this step are out of scope for 3GPP.<br><br>6. Using the PC5 unicast direct communication link the AAM and the UAV establishes a bidirectional communication channel for exchange of messages. Optionally this channel can be extended to involve the UAV-C using the bi-directional tunnel. The protocol and implementation aspects for this step are out of scope for 3GPP.<br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>NOTE 2: The UAV-C and/or the UAV can use the communication channel to provide application specific information to the AAM, how and what information is out of 3GPP scope. Based on awareness of the current UAV traffic situation, local info and plans for the area/arena, the AAM determines locations and flight paths appropriate for the specific UAV such that collisions can be avoided and creates a corresponding application specific steering policy being out of scope of 3GPP.<br><br>7. The AAM provides the determined steering policy to the specific UAV using the activated communication channel. Optionally it can be forwarded to the UAV-C which can return corresponding C2 commands. Protocols, semantics and syntax for handling this are application specific and out of 3GPP scope.<br><br>8. The UAV is steered to avoid collisions in accordance with received policy and using mechanisms that are out of scope for 3GPP.<br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

<table>
<tr>
<td></td>
<td>For Direct Communication over PC5 the UAV and AAM shall comply with the authorization and provisioning principles described in clause 4.2.1.2.2 including the following considerations:<br><br>- The default destination Layer-2 ID to be used for initial signalling to establish a unicast connection for the A2X service.<br><br>- Parameters for Groupcast are not applicable.<br><br>NOTE 5: Use of LTE PC5 for the unicast is not supported in this Release.<br><br>- The AAM uses PC5 unicast link to provide each UAV present in the arena/area with local DAA policies as user traffic.<br><br>- A UAV that receives local collision avoidance related policies from the AAM over PC5 may forward the policies to its UAV-C so that the UAV-C can steer the UAV accordingly by use of C2 communication (e.g. over Uu, PC5, or other means) in order to enforce the local policies and avoid collisions.<br><br>Source: 3GPP TS 23.256 version 18.3.0 Release 18</td>
</tr>
<tr>
<td>a movable vehicle including a radio circuit to receive the beacon frame and a motor actuator controlled to comply with the privacy indication.</td>
<td>The accused system utilizes a movable vehicle (e.g., UAV, drone, etc.) including a radio circuit (e.g., 5G Modem of the accused system) to receive the beacon frame (e.g., a wireless broadcast frame containing the flight-restriction indication) and a motor actuator (e.g., a motor of the drone) controlled to comply with the privacy indication (e.g., restrict flight in response to a received no-fly or flight-restriction indication).<br><br>As shown below, the accused system is a router installed within the drone and equipped with wireless communication capabilities, including 5G for receiving wireless information from external network infrastructure. The received information includes flight-related information, such as information identifying a restricted or protected airspace. It also includes motors and a flight-control system that control its movement and flight. A wireless broadcast containing flight-restriction indication is received through the 5G radio of the accused system, and the flight-control system controls the motors to restrict or modify flight in accordance with the received restriction.</td>
</tr>
</table>

| | |
|---|---|
| | **Application Example – Fast Facts**<br><br>**Industry**<br>Smart Cities, Smart Buildings, Logistics, Autonomous Systems<br><br>**Product(s)**<br>Robustel R5020 5G Router; RCMS (RobustLink, RobustVPN)<br><br>**Challenges**<br>Autonomous delivery robots and inspection drones need a stable, low-latency network path for supervision, telemetry, and safety handover in public or semi-public environments where WiFi is unreliable and local IT networks are off-limits.<br><br>**Expected Outcomes**<br>Each robot or drone carries its own 5G/LTE uplink, can be reached for diagnostics and control from anywhere, and can be monitored as part of a fleet — without chasing devices in the field or depending on patchy site Wi-Fi.<br><br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/ |

| | |
|---|---|
| | robustel PRODUCTS SOFTWARE SOLUTIONS CUSTOM PRODUCT SUPPORT RESOURCES COMPANY Contact Us English<br><br>**Robustel R5020**<br><br>**Industrial Dual-SIM 5G Router with 4x LAN, Serial, GNSS & PoE**<br><br>The Robustel R5020 is an industrial 5G router designed for dependable site and in-vehicle connectivity across global 5G/4G/3G bands. Built on RobustOS, it supports familiar networking features with centralized fleet operations via RCMS for monitoring, configuration, and updates.<br><br><br><br>https://robustel.com/product/r5020/<br><br>Vehicle deployments are supported with E-mark certification, GNSS positioning, and an ignition-sense option to protect batteries when engines are off.<br><br>https://robustel.com/product/r5020/ |

| | |
|---|---|
| | The R5020 5G industrial router sits on the platform itself. It gives each robot or drone its own high-speed cellular uplink for telemetry, command traffic, and (where required) video or still image bursts. It also gives authorised staff a controlled way to connect to the unit remotely for troubleshooting, updates, or intervention. The goal is simple: keep operational control without physically standing next to the asset.<br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/<br><br>The R5020 is used as an on-board 5G/LTE router, so the connectivity and remote access story is built into the robot or drone from the start. That gives you a predictable way to supervise, update, and prove control of each asset — without relying on someone being physically on-site with it. Here's how that works in practice:<br><br>• **Dedicated 5G/LTE uplink on the platform:** The R5020 sits inside the robot or drone enclosure and provides a high-throughput cellular path for telemetry, command/control data, and optional video or still images. This lets operations see the asset's status and location live, even when it's moving through areas with no usable Wi-Fi.<br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/<br><br>Have you ever wondered how drones fly smoothly and perform aerial moves with ease? It is all thanks to drone motors. Drone motors are the driving force behind the exceptional performance of drones. These small and powerful motors are responsible for allowing drones to fly in the sky, hover at different places, and perform intricate moves. In this blog, we will learn about drone motors - What they are, their types, their components, and factors to keep in mind while selecting a drone motor.<br>https://mechtex.com/blog/basic-of-drone-motor-what-they-are-their-types-and-their- |

| | |
|---|---|
| | components<br><br>**What is a Drone Motor**<br><br>A drone motor is a specialised electric motor that generates the thrust required to lift the drone. It converts electrical energy into mechanical energy and spins the propellers at high speed to create airflow to lift the drone. A drone, also known as an unmanned aerial vehicle (UAV) is an aircraft that operates without a human pilot and performs tasks such as aerial photography, land surveying, surveillance, and delivering parcels. Every drone (UAV) requires a reliable and efficient motor to perform these tasks easily.<br><br>A drone motor does not work in isolation. It works with other components and forms an integrated propulsion system. The key components are:<br><br>• **Motor (Brushed Motor or Brushless Motor) -** Generates rotational force to spin propellers and lift the drone.<br><br>https://mechtex.com/blog/basic-of-drone-motor-what-they-are-their-types-and-their-components |

| | |
|---|---|
| | As you set out your journey in drone world you would encounter some standard hardware. Drone hardware includes a frame, propellers, batteries, transmitters and receivers, electronic speed controllers (ESC's), motors and a flight controller interfaced with certain electronic devices like gyro-meters and accelerometers, just to name a few things. To control the hardware, electronic modules like Arduino, Raspberry Pi could also be used for self-programming.<br>https://medium.com/@sukantkhurana/a-beginners-guide-to-drones-38d215701c4e |

| | |
|---|---|
| | <br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | Ground-based DAA for an area leverages the procedures and mechanisms defined for A2X. Any references to TS 23.287 [11] made in this clause shall be interpreted in accordance with corresponding definitions and descriptions for A2X in clause 6.<br><br>Prerequisites: The AAM/UE and the UAVs/UEs are configured to use an A2X service for Ground-based DAA for an area.<br><br>1. The UAVs/UEs listens for signals on the correspondingly destination Layer-2 ID configured for the used service type in accordance with clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 1).<br><br>2. The AAM can scan the airspace over the area/arena for UAVs, e.g. by making use of upward pointing radars and cameras etc. For each detected UAV it determines the coordinates.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>3. The AAM retrieves for each detected UAV the corresponding Remote-ID using the method applicable for the specific UAV. Methods which may be used includes broadcast of Remote-ID via PC5, WiFi and Bluetooth and also Network Remote ID.<br><br>How this is done is out of the 3GPP scope.<br><br>4. For each detected UAV/UE the AAM establishes a PC5 direct communication link with the discovered UAV for AAM to UAS interaction by performing the Layer-2 link establishment procedure as described when Target User Info is included in clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 2, 3 4a, 5a and 6). The AAM application layer provides a service type indicating the A2X service "Ground-based DAA for an area" and the retrieved Remote-ID as target UE's Application Layer ID. As a result of this procedure a PC5 unicast direct communication link enabling bidirectional data exchange is set up between the application layer in the AAM and the UAV application layer of the UAV/UE having the specified Remote-ID.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | 5. Optionally the UAV/UE may, when the PC5 unicast direct communication link between the AAM and the UAV/UE has been set up for NR, activate a corresponding bidirectional communication connection extending the link from the UAV to the UAV-C using the specific communication technology used for C2 communication (may e.g. be LR Wi-Fi or PC5). This enables packets received on the link (i.e. from the AAM) to be forwarded to the UAV-C and packets received from the UAV-C to be forwarded on the link (i.e. towards the AAM). Implementation aspects for this step are out of scope for 3GPP.<br><br>6. Using the PC5 unicast direct communication link the AAM and the UAV establishes a bidirectional communication channel for exchange of messages. Optionally this channel can be extended to involve the UAV-C using the bi-directional tunnel. The protocol and implementation aspects for this step are out of scope for 3GPP.<br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>For Direct Communication over PC5 the UAV and AAM shall comply with the authorization and provisioning principles described in clause 4.2.1.2.2 including the following considerations:<br><br>- The default destination Layer-2 ID to be used for initial signalling to establish a unicast connection for the A2X service.<br><br>- Parameters for Groupcast are not applicable.<br><br>NOTE 5: Use of LTE PC5 for the unicast is not supported in this Release.<br><br>- The AAM uses PC5 unicast link to provide each UAV present in the arena/area with local DAA policies as user traffic.<br><br>- A UAV that receives local collision avoidance related policies from the AAM over PC5 may forward the policies to its UAV-C so that the UAV-C can steer the UAV accordingly by use of C2 communication (e.g. over Uu, PC5, or other means) in order to enforce the local policies and avoid collisions.<br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | 1. UAV1 receives broadcast messages from UAV2 in PC5-U messages, that may include application layer DAA payload, e.g. CAA-level UAV ID, velocity, heading direction, position.<br>2. UAV1 passes the DAA payload to the upper layer. The application layer detects a conflict, based on the broadcast messages received from UAV2, e.g. by comparing it with its own trajectory and location. If the application layer in the UAV1 detects a potential collision situation, it initiates a collision avoidance/conflict resolution procedure with UAV2.<br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |
| 19. A method to provide privacy, comprising: sending a privacy indication in a beacon frame communicated by a wireless base station in accordance with a communication protocol from a facility desiring privacy by setting a bit in the privacy indication; and | The accused system discloses a method to provide privacy (e.g., no-fly restrictions, etc.), comprising: sending a privacy indication (e.g., a no-fly-zone, flight-restriction, etc.) in a beacon frame (e.g., a wireless broadcast frame containing the flight-restriction indication) communicated by a wireless base station (e.g., gNB, etc.) in accordance with a communication protocol (e.g., 5G, NR, etc.) from a facility (e.g., a stadium, an arena, etc.) desiring privacy by setting a bit (e.g., encoded binary values, etc.) in the privacy indication (e.g., a no-fly-zone, flight-restriction, etc.).<br><br>As shown below, the accused system is a router installed within the drone and equipped with wireless communication capabilities, including 5G to communicate with external network infrastructure. An Area Airspace Manager (AAM) manages UAV operations and airspace restrictions within a designated area, such as a stadium or arena (i.e., a facility desiring privacy). The AAM communicates with the 5G-enabled accused system through base station to provide local DAA/flight-steering policies, including information defining restricted areas, permitted zones, or altitude limits.<br><br>Further, a radio circuit associated with the AAM or facility sends a wireless message containing a flight-restriction indication, such as a no-fly zone, restricted area, or altitude limit. The restriction is represented in the message by a bit or flag indicating that the restriction is active, while additional information in the message identifies the restricted location, area, or altitude |

limit. The accused system receives this information through its 5G module and uses it to identify the restricted area and adjust its flight accordingly.

robustel PRODUCTS ⌄ SOFTWARE ⌄ SOLUTIONS ⌄ CUSTOM PRODUCT SUPPORT ⌄ RESOURCES ⌄ COMPANY ⌄ Contact Us English ⌄

# Robustel R5020

**Industrial Dual-SIM 5G Router with 4x LAN, Serial, GNSS & PoE**

The Robustel R5020 is an industrial 5G router designed for dependable site and in-vehicle connectivity across global 5G/4G/3G bands. Built on RobustOS, it supports familiar networking features with centralized fleet operations via RCMS for monitoring, configuration, and updates.




https://robustel.com/product/r5020/

Vehicle deployments are supported with E-mark certification, GNSS positioning, and an ignition-sense option to protect batteries when engines are off.

https://robustel.com/product/r5020/

| | |
|---|---|
| | The result is reliable, scalable 5G connectivity with straightforward, centralized management, the R5020 delivers high-throughput 5G with centralized fleet management to reduce rollout time and downtime across vehicles and branches.<br><br>R5020 Datasheet Product Inquiry<br><br>**DUAL-SIM CELLULAR**<br>5G, 4G/LTE, 3G & 2G with Dual-SIM Card support for failover<br><br>**VEHICLE OPTIMISED**<br>With E-Mark, GNSS and Ignition Detection Options<br><br>**INTERFACES**<br>1x WAN + 3x LAN or 4x LAN, 1x RS-232, 1x RS485, 1x DI/DO<br><br>**OPERATING SYSTEM**<br>RobustOS – Lightweight Linux kernel with full SDK<br><br>**RCMS ON-BOARD**<br>RCMS Cloud device management enabled<br><br>https://robustel.com/product/r5020/<br><br>SPECIFICATIONS ORDERING INFORMATION DOWNLOADS<br><br>**System Architecture**<br><br>**Operating System**: RobustOS<br>**CPU**: Dual-core MIPS, 880 MHz<br>**RAM**: 512MB<br>**Flash**: 32MB |

| | |
|---|---|
| | https://robustel.com/product/r5020/<br><br>**Cellular**<br><br>**Supported Technologies**: 5G, 4G/LTE, 3G, 2G<br>**Antennas**: 4 (ANT0 + ANT1 + ANT2 + ANT3)<br>**Connector**: SMA-K<br>**SIM**: 2 x Mini SIM (2FF)<br><br>https://robustel.com/product/r5020/<br><br>ORDERING INFORMATION |

| Model | ACC | POE-PD | Frequency Bands* 5G | Frequency Bands* 4G |
|---|---|---|---|---|
| R5020-5G-A09GL-A | Yes | NO | 5G NR NSA: n38/n41/n77/n78/n79 5G NR SA: n1/n2/n3/n5/n7/n8/n12/n20/n25/n28/n38 /n40/n41/ n66/n71/n77/n78/n79 | LTE FDD: B1/B2/B3/B4/B5/B7/B8/B12/B13/B14 /B17/B18/B19/B20/B25/B26/B28/B29 /B30/B32/B66/B71 LTE TDD: B34/B38/B39/B40/B41/B42/B43/B48 |
| R5020-5G-A09GL-B | NO | Yes | | |

https://www.bz-com.com/wp-content/uploads/2021/01/RT064DS_R5020_v.1.0.2.pdf

| | |
|---|---|
| | **Application Example – Fast Facts**<br><br>**Industry**<br>Smart Cities, Smart Buildings, Logistics, Autonomous Systems<br><br>**Product(s)**<br>Robustel R5020 5G Router; RCMS (RobustLink, RobustVPN)<br><br>**Challenges**<br>Autonomous delivery robots and inspection drones need a stable, low-latency network path for supervision, telemetry, and safety handover in public or semi-public environments where WiFi is unreliable and local IT networks are off-limits.<br><br>**Expected Outcomes**<br>Each robot or drone carries its own 5G/LTE uplink, can be reached for diagnostics and control from anywhere, and can be monitored as part of a fleet — without chasing devices in the field or depending on patchy site Wi-Fi.<br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/ |

The result is reliable, scalable 5G connectivity with straightforward, centralized management, the R5020 delivers high-throughput 5G with centralized fleet management to reduce rollout time and downtime across vehicles and branches.

R5020 Datasheet Product Inquiry

**DUAL-SIM CELLULAR**

5G, 4G/LTE, 3G & 2G with Dual-SIM Card support for failover

**VEHICLE OPTIMISED**

With E-Mark, GNSS and Ignition Detection Options

**INTERFACES**

1x WAN + 3x LAN or 4x LAN, 1x RS-232, 1x RS485, 1x DI/DO

**OPERATING SYSTEM**

RobustOS – Lightweight Linux kernel with full SDK

**RCMS ON-BOARD**

RCMS Cloud device management enabled

https://robustel.com/product/r5020/

The R5020 5G industrial router sits on the platform itself. It gives each robot or drone its own high-speed cellular uplink for telemetry, command traffic, and (where required) video or still image bursts. It also gives authorised staff a controlled way to connect to the unit remotely for troubleshooting, updates, or intervention. The goal is simple: keep operational control without physically standing next to the asset.

https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/

| | |
|---|---|
| | The R5020 is used as an on-board 5G/LTE router, so the connectivity and remote access story is built into the robot or drone from the start. That gives you a predictable way to supervise, update, and prove control of each asset — without relying on someone being physically on-site with it. Here's how that works in practice:<br><br>• **Dedicated 5G/LTE uplink on the platform:** The R5020 sits inside the robot or drone enclosure and provides a high-throughput cellular path for telemetry, command/control data, and optional video or still images. This lets operations see the asset's status and location live, even when it's moving through areas with no usable Wi-Fi.<br><br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/<br><br>**March 18, 2021** – Quectel's 5G New Radio (NR) sub-6GHz module the RM500Q-AE has been selected by Robustel, a global provider of industrial IoT routers and gateways, to support its first 5G industrial router – the R5020. The R5020 has been designed to deliver high bandwidth, low latency and high reliability connectivity for in-vehicle, branch office and industrial IoT applications.<br><br>https://www.quectel.com/news-and-pr/quectel-empowers-robustels-5g-industrial-router-with-next-generation-cellular-connectivity-for-the-iiot/ |

| | |
|---|---|
| | <br>With Quectel's 5G module inside, the R5020 industrial router is able to work on 5G NR Sub-6GHz bands in both standalone (SA) and non-standalone (NSA) modes as well as on global 4G/LTE and 3G networks. With the support of 2 x 2 MIMO uplink technology in SA mode, the router can provide more real-time, bandwidth sensitive, low-latency data transmission for applications such as industrial controls, smart offices, logistics, smart cities, ports and many others.<br>https://www.quectel.com/news-and-pr/quectel-empowers-robustels-5g-industrial-router-with-next-generation-cellular-connectivity-for-the-iiot/ |

## 5.7 Ground-based DAA for an Area

### 5.7.1 Functional Description

a facility

a privacy indication

This clause provides a network-assisted (ground based) DAA mechanism. It is applicable for a specific area, such as a stadium or arena where UAVs are used e.g. for filming an event. It is based on a ground-based entity, Area Airspace Manager (AAM), that is able to detect UAVs in the specific area and provide local steering policies to the individual UASs in order to avoid the UAVs crashing into each other or different structures etc. The policy may e.g. include allowed flying zones and positions allowed for the specific UAV. The policy may also apply to a specific outdoor area, e.g. an event, where specific measures to avoid collision between drones are established locally.

NOTE 1: The policies provided by the AAM is application specific steering/DAA policies that are out of scope of 3GPP. The same or different local policies can be provided to the UAVs in the arena. UAVs can, for example, be given different fly zones in the arena just like people have different seating in an arena.

*Source: 3GPP TS 23.256 version 18.3.0 Release 18*

The high-level principles of the network-assisted (ground based) DAA are:

- The arena/area has a ground-based entity Area Airspace Manager (AAM). The AAM includes one or more UEs enabled for use of PC5. The AAM may also have a direct connection to the Data Network.
- For the applicable airspace of the area/arena the AAM defines individually adapted local collision avoidance rules for correspondingly located UAVs.

*Source: 3GPP TS 23.256 version 18.3.0 Release 18*

| | |
|---|---|
| | NOTE 2: How the AAM can determine the local steering policy for collision avoidance is out of scope of 3GPP. It can e.g. be based on maps of the area/arena and detailed information about the facilities together with an awareness of the current usage need for the airspace.<br><br>- Provisioning of AAM local collision avoidance rules to a UAV/UE must comply with the policies for PC5 operations received from the 5GC or being preconfigured in the UE.<br><br>- Detected UAVs are identified by their coordinates and by the Remote ID as retrieved by Broadcast Remote ID (BRID) or Network Remote ID (NRID) mechanisms dependent on the method used by the UAV.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| |   *Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | Ground-based DAA for an area leverages the procedures and mechanisms defined for A2X. Any references to TS 23.287 [11] made in this clause shall be interpreted in accordance with corresponding definitions and descriptions for A2X in clause 6.<br><br>Prerequisites: The AAM/UE and the UAVs/UEs are configured to use an A2X service for Ground-based DAA for an area.<br><br>1. The UAVs/UEs listens for signals on the correspondingly destination Layer-2 ID configured for the used service type in accordance with clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 1).<br><br>2. The AAM can scan the airspace over the area/arena for UAVs, e.g. by making use of upward pointing radars and cameras etc. For each detected UAV it determines the coordinates.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>3. The AAM retrieves for each detected UAV the corresponding Remote-ID using the method applicable for the specific UAV. Methods which may be used includes broadcast of Remote-ID via PC5, WiFi and Bluetooth and also Network Remote ID.<br><br>How this is done is out of the 3GPP scope.<br><br>4. For each detected UAV/UE the AAM establishes a PC5 direct communication link with the discovered UAV for AAM to UAS interaction by performing the Layer-2 link establishment procedure as described when Target User Info is included in clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 2, 3 4a, 5a and 6). The AAM application layer provides a service type indicating the A2X service "Ground-based DAA for an area" and the retrieved Remote-ID as target UE's Application Layer ID. As a result of this procedure a PC5 unicast direct communication link enabling bidirectional data exchange is set up between the application layer in the AAM and the UAV application layer of the UAV/UE having the specified Remote-ID.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | 5. Optionally the UAV/UE may, when the PC5 unicast direct communication link between the AAM and the UAV/UE has been set up for NR, activate a corresponding bidirectional communication connection extending the link from the UAV to the UAV-C using the specific communication technology used for C2 communication (may e.g. be LR Wi-Fi or PC5). This enables packets received on the link (i.e. from the AAM) to be forwarded to the UAV-C and packets received from the UAV-C to be forwarded on the link (i.e. towards the AAM). Implementation aspects for this step are out of scope for 3GPP.<br><br>6. Using the PC5 unicast direct communication link the AAM and the UAV establishes a bidirectional communication channel for exchange of messages. Optionally this channel can be extended to involve the UAV-C using the bi-directional tunnel. The protocol and implementation aspects for this step are out of scope for 3GPP.<br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>NOTE 2: The UAV-C and/or the UAV can use the communication channel to provide application specific information to the AAM, how and what information is out of 3GPP scope. Based on awareness of the current UAV traffic situation, local info and plans for the area/arena, the AAM determines locations and flight paths appropriate for the specific UAV such that collisions can be avoided and creates a corresponding application specific steering policy being out of scope of 3GPP.<br><br>7. The AAM provides the determined steering policy to the specific UAV using the activated communication channel. Optionally it can be forwarded to the UAV-C which can return corresponding C2 commands. Protocols, semantics and syntax for handling this are application specific and out of 3GPP scope.<br><br>8. The UAV is steered to avoid collisions in accordance with received policy and using mechanisms that are out of scope for 3GPP.<br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | For Direct Communication over PC5 the UAV and AAM shall comply with the authorization and provisioning principles described in clause 4.2.1.2.2 including the following considerations:<br><br>- The default destination Layer-2 ID to be used for initial signalling to establish a unicast connection for the A2X service.<br>- Parameters for Groupcast are not applicable.<br><br>NOTE 5: Use of LTE PC5 for the unicast is not supported in this Release.<br><br>- The AAM uses PC5 unicast link to provide each UAV present in the arena/area with local DAA policies as user traffic.<br>- A UAV that receives local collision avoidance related policies from the AAM over PC5 may forward the policies to its UAV-C so that the UAV-C can steer the UAV accordingly by use of C2 communication (e.g. over Uu, PC5, or other means) in order to enforce the local policies and avoid collisions.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>3. The UAE Server sends enforce NTZ request to the identified UAE clients entering the area of interest, indicating to stop transmission and containing information about the NTZ (area for deactivating the transmission, frequency bands, altitude). It is up to UAE client and UAV to switch its transmission on the specified NTZ frequency.<br>4. The UAE clients send enforce NTZ response to the UAE server indicating positive or negative result of the received request.<br><br>*Source: 3GPP TS 23.255 version 19.5.0 Release 19* |

<table>
<tr>
<td></td>
<td>
Table 7.11.3.8-1: New NTZ policy response
<table>
<tr><th>Information element</th><th>Status</th><th>Description</th></tr>
<tr><td>UAS ID</td><td>M</td><td>The identification of the UAS for which the NTZ configuration request applies. This could be in form of identifier for the UAS, e.g. group ID; or collection of individual identifiers for the UAV and UAV-C, e.g. CAA level UAV ID, GPSI.</td></tr>
<tr><td>NTZ configuration</td><td>O</td><td>NTZ configuration information to be configured at the UAS</td></tr>
<tr><td>> Area for deactivating transmission</td><td>M</td><td>The area where the NTZ management request applies. This can be geographical area, or topological area in which the no-transmit zone is active including specific altitude (e.g., ceiling and floor altitude).</td></tr>
<tr><td>> List of restricted frequency bands</td><td>M</td><td>The list of frequency bands not allowed to be used in the NTZ.</td></tr>
</table>
Source: 3GPP TS 23.255 version 19.5.0 Release 19
</td>
</tr>
<tr>
<td>navigating a movable vehicle including a radio circuit to receive the beacon frame and a motor actuator to comply with the privacy indication.</td>
<td>The accused system discloses navigating a movable vehicle (e.g., a UAV, drone, etc.) including a radio circuit (e.g., a 5G Modem of the accused system) to receive the beacon frame (e.g., a wireless broadcast frame containing the flight-restriction indication) and a motor actuator (e.g., a motor of the drone) to comply with the privacy indication (e.g., restrict flight in response to a received no-fly or flight-restriction indication).<br><br>As shown below, the accused system is a router installed within the drone and equipped with wireless communication capabilities, including 5G for receiving wireless information from external network infrastructure. The received information includes flight-related information, such as information identifying a restricted or protected airspace. It also includes motors and a flight-control system that control its movement and flight. A wireless broadcast containing flight-restriction indication is received through the 5G radio of the accused system, and the</td>
</tr>
</table>

flight-control system controls the motors to restrict or modify flight in accordance with the received restriction.

## Application Example – Fast Facts

**Industry**

Smart Cities, Smart Buildings, Logistics, Autonomous Systems

**Product(s)**

Robustel R5020 5G Router; RCMS (RobustLink, RobustVPN)

**Challenges**

Autonomous delivery robots and inspection drones need a stable, low-latency network path for supervision, telemetry, and safety handover in public or semi-public environments where WiFi is unreliable and local IT networks are off-limits.

**Expected Outcomes**

Each robot or drone carries its own 5G/LTE uplink, can be reached for diagnostics and control from anywhere, and can be monitored as part of a fleet — without chasing devices in the field or depending on patchy site Wi-Fi.

https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/

robustel PRODUCTS SOFTWARE SOLUTIONS CUSTOM PRODUCT SUPPORT RESOURCES COMPANY Contact Us English

# Robustel R5020

**Industrial Dual-SIM 5G Router with 4x LAN, Serial, GNSS & PoE**

The Robustel R5020 is an industrial 5G router designed for dependable site and in-vehicle connectivity across global 5G/4G/3G bands. Built on RobustOS, it supports familiar networking features with centralized fleet operations via RCMS for monitoring, configuration, and updates.



https://robustel.com/product/r5020/

Vehicle deployments are supported with E-mark certification, GNSS positioning, and an ignition-sense option to protect batteries when engines are off.

https://robustel.com/product/r5020/

| | |
|---|---|
| | The R5020 5G industrial router sits on the platform itself. It gives each robot or drone its own high-speed cellular uplink for telemetry, command traffic, and (where required) video or still image bursts. It also gives authorised staff a controlled way to connect to the unit remotely for troubleshooting, updates, or intervention. The goal is simple: keep operational control without physically standing next to the asset.<br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/<br><br>The R5020 is used as an on-board 5G/LTE router, so the connectivity and remote access story is built into the robot or drone from the start. That gives you a predictable way to supervise, update, and prove control of each asset — without relying on someone being physically on-site with it. Here's how that works in practice:<br><br>• **Dedicated 5G/LTE uplink on the platform:** The R5020 sits inside the robot or drone enclosure and provides a high-throughput cellular path for telemetry, command/control data, and optional video or still images. This lets operations see the asset's status and location live, even when it's moving through areas with no usable Wi-Fi.<br>https://robustel.com/application-example/5g-connectivity-and-remote-access-for-autonomous-delivery-robots-and-drones/<br><br>Have you ever wondered how drones fly smoothly and perform aerial moves with ease? It is all thanks to drone motors. Drone motors are the driving force behind the exceptional performance of drones. These small and powerful motors are responsible for allowing drones to fly in the sky, hover at different places, and perform intricate moves. In this blog, we will learn about drone motors - What they are, their types, their components, and factors to keep in mind while selecting a drone motor.<br>https://mechtex.com/blog/basic-of-drone-motor-what-they-are-their-types-and-their- |

| | |
|---|---|
| | components<br><br>**What is a Drone Motor**<br><br>A drone motor is a specialised electric motor that generates the thrust required to lift the drone. It converts electrical energy into mechanical energy and spins the propellers at high speed to create airflow to lift the drone. A drone, also known as an unmanned aerial vehicle (UAV) is an aircraft that operates without a human pilot and performs tasks such as aerial photography, land surveying, surveillance, and delivering parcels. Every drone (UAV) requires a reliable and efficient motor to perform these tasks easily.<br><br>A drone motor does not work in isolation. It works with other components and forms an integrated propulsion system. The key components are:<br><br>• **Motor (Brushed Motor or Brushless Motor) -** Generates rotational force to spin propellers and lift the drone.<br>https://mechtex.com/blog/basic-of-drone-motor-what-they-are-their-types-and-their-components |

| | |
|---|---|
| | As you set out your journey in drone world you would encounter some standard hardware. Drone hardware includes a frame, propellers, batteries, transmitters and receivers, electronic speed controllers (ESC's), motors and a flight controller interfaced with certain electronic devices like gyro-meters and accelerometers, just to name a few things. To control the hardware, electronic modules like Arduino, Raspberry Pi could also be used for self-programming.<br>https://medium.com/@sukantkhurana/a-beginners-guide-to-drones-38d215701c4e |




*Source: 3GPP TS 23.256 version 18.3.0 Release 18*

| | |
|---|---|
| | Ground-based DAA for an area leverages the procedures and mechanisms defined for A2X. Any references to TS 23.287 [11] made in this clause shall be interpreted in accordance with corresponding definitions and descriptions for A2X in clause 6.<br><br>Prerequisites: The AAM/UE and the UAVs/UEs are configured to use an A2X service for Ground-based DAA for an area.<br><br>1. The UAVs/UEs listens for signals on the correspondingly destination Layer-2 ID configured for the used service type in accordance with clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 1).<br><br>2. The AAM can scan the airspace over the area/arena for UAVs, e.g. by making use of upward pointing radars and cameras etc. For each detected UAV it determines the coordinates.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>3. The AAM retrieves for each detected UAV the corresponding Remote-ID using the method applicable for the specific UAV. Methods which may be used includes broadcast of Remote-ID via PC5, WiFi and Bluetooth and also Network Remote ID.<br><br>How this is done is out of the 3GPP scope.<br><br>4. For each detected UAV/UE the AAM establishes a PC5 direct communication link with the discovered UAV for AAM to UAS interaction by performing the Layer-2 link establishment procedure as described when Target User Info is included in clause 6.3.3.1 of TS 23.287 [11] (Fig 6.3.3.1-1 step 2, 3 4a, 5a and 6). The AAM application layer provides a service type indicating the A2X service "Ground-based DAA for an area" and the retrieved Remote-ID as target UE's Application Layer ID. As a result of this procedure a PC5 unicast direct communication link enabling bidirectional data exchange is set up between the application layer in the AAM and the UAV application layer of the UAV/UE having the specified Remote-ID.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | 5. Optionally the UAV/UE may, when the PC5 unicast direct communication link between the AAM and the UAV/UE has been set up for NR, activate a corresponding bidirectional communication connection extending the link from the UAV to the UAV-C using the specific communication technology used for C2 communication (may e.g. be LR Wi-Fi or PC5). This enables packets received on the link (i.e. from the AAM) to be forwarded to the UAV-C and packets received from the UAV-C to be forwarded on the link (i.e. towards the AAM). Implementation aspects for this step are out of scope for 3GPP.<br><br>6. Using the PC5 unicast direct communication link the AAM and the UAV establishes a bidirectional communication channel for exchange of messages. Optionally this channel can be extended to involve the UAV-C using the bi-directional tunnel. The protocol and implementation aspects for this step are out of scope for 3GPP.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18*<br><br>For Direct Communication over PC5 the UAV and AAM shall comply with the authorization and provisioning principles described in clause 4.2.1.2.2 including the following considerations:<br><br>- The default destination Layer-2 ID to be used for initial signalling to establish a unicast connection for the A2X service.<br><br>- Parameters for Groupcast are not applicable.<br><br>NOTE 5: Use of LTE PC5 for the unicast is not supported in this Release.<br><br>- The AAM uses PC5 unicast link to provide each UAV present in the arena/area with local DAA policies as user traffic.<br><br>- A UAV that receives local collision avoidance related policies from the AAM over PC5 may forward the policies to its UAV-C so that the UAV-C can steer the UAV accordingly by use of C2 communication (e.g. over Uu, PC5, or other means) in order to enforce the local policies and avoid collisions.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |

| | |
|---|---|
| | 1. UAV1 receives broadcast messages from UAV2 in PC5-U messages, that may include application layer DAA payload, e.g. CAA-level UAV ID, velocity, heading direction, position.<br><br>2. UAV1 passes the DAA payload to the upper layer. The application layer detects a conflict, based on the broadcast messages received from UAV2, e.g. by comparing it with its own trajectory and location. If the application layer in the UAV1 detects a potential collision situation, it initiates a collision avoidance/conflict resolution procedure with UAV2.<br><br>*Source: 3GPP TS 23.256 version 18.3.0 Release 18* |